THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE McDONALD, Appellant.— The appellant George McDonald was convicted with the codefendant George Barbazote in the County Court, Kings county, by the verdict of a jury on February 24, 1937, of the crimes of robbery, first degree, grand larceny, first degree, and assault, second degree, for which the two had been indicted. Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Davis, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY MILLER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of violating section 435-a of the Penal Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SILVERMAN, Appellant.— Judgment of an Extraordinary Term of the Supreme Court, Kings county, convicting the appellant of the crime of conspiracy to obstruct justice and sentencing him to the New York City Penitentiary for a term of one year and to pay a fine of $500, and orders, unanimously affirmed. No opinion. Present — Lazansky, P. J., Davis, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. SCHWARZ, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments, in the City of New York, Respondents.— The relator filed an application with the commissioners of taxes and assessments of the city of New York on a form provided by the commissioners which contained an affidavit for verification of his claim for correction of the assessed value of his real estate. The application was not verified. The property owner then obtained a writ of certiorari and, after return, a motion was made to dismiss the writ on the ground that the original application was not verified. The motion was granted at Special Term. Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Laurelton Development Co., Inc.*, v. *Purdy* (190 App. Div. 957) and *People ex rel. McCutcheon* v. *Miller* (255 id. 957 [1st Dept], decided December 16, 1938). Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.